# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-08-7474-R **DATE:** MAY 22, 2009

**TITLE:** GIL EVANGELISTA et al -V- COUNTY OF LOS ANGELES et al
================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                             Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR HEARING ON JUNE 8, 2009 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                       Initials of Deputy Clerk __WH___
**CIVIL - GEN**                    D-M